IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONEY L. JULIUS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:13cv899-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### **ORDER**

On January 19, 2016, the Magistrate Judge entered a Recommendation (Doc. No. 14) to which no timely objections have been filed. Based upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

(1) the Recommendation (Doc. No. 14) is ADOPTED; and

(2) Petitioner Toney L. Julius's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is DENIED.

Final Judgment will be entered separately.

DONE, this 10th day of February, 2016.

                                               /s/ W. Harold Albritton
                                       W. HAROLD ALBRITTON
                                       SENIOR UNITED STATES DISTRICT JUDGE